DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AKELEIS ORTAVIS MALIK DUMBAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0487

————————————————

May 22, 2026

Appeal from the Circuit Court for Sarasota County; Dana M. Moss,
Judge.

Blair Allen, Public Defender, and Keith Peterson, Special Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and
William A. Leto, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.